**Opinion issued April 15, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00211-CV

_____

## IN RE UNICO COMMODITIES, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Unico Commodities, LLC filed a petition for writ of mandamus, challenging the trial court's denial of a request for a temporary restraining order to enjoin enforcement of a judgment.[1]  Relator also seeks emergency relief to stay enforcement of the final judgment.

---

[1]  The underlying case is *Unico Commodities, LLC and Unico Trading, LLC v. Waterfall Securitization S.A. and Marilyn Burgess, in her Official Capacity as Harris County District Clerk*, cause number 2025-18825, pending in the 164th

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins, ancillary judge acting for the 164th District Court.